DAVID A. HUBBERT
Acting Assistant Attorney General

PAUL T. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-1170
Paul.T.Butler@usdoj.gov

Of Counsel:
ANNETTE L. HAYES
United States Attorney

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY P. POMERANTZ,<br><br>    Defendant. | Case No. 2:16-cv-689-JLR<br><br>**UNITED STATES' RESPONSE TO ORDER TO SHOW CAUSE** |

In response to the Court's Order To Show Cause dated February 22, 2017, the United States respectfully requests that the Court refrain from dismissing this action and in lieu thereof consider the United States' Ex Parte Motion To Authorize Alternative Service ("Motion") that is being filed concurrently with this response.

For cause, as described more fully in the Motion, Affidavit and exhibits thereto, the United States has been unable to locate a current residential address for the Defendant who is located in Canada, but has provided Defendant with actual knowledge of this case by providing him a copy of the Complaint.  Despite his failure to appear or answer the Complaint, Defendant has acknowledged its receipt in a telephone conversation with the undersigned counsel.

United States'Motion for Alternative Service of Process on Defendant
Case No. 2:16-cv-689-JLR

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-1170

WHEREFORE, the United States respectfully requests that the Court consider and grant the concurrently submitted Motion and allow the United States to effectuate service upon the Defendant by the alternate means requested therein.

DATED: March 3, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Paul T. Butler*             .
PAUL T. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044

Of Counsel:

ANNETTE L. HAYES
U.S. Attorney

United States' Motion for Alternative Service of Process on Defendant
Case No. 2:16-cv-689-JLR

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-1170