DAVID A. HUBBERT
Acting Assistant Attorney General

PAUL T. BUTLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-1170
Paul.T.Butler@usdoj.gov

Of Counsel:
ANNETTE L. HAYES
United States Attorney

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-689-JLR |
|---|---|---|
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE UPON JEFFREY POMERANTZ** |
| v. | ) ) | |
| JEFFREY P. POMERANTZ, | ) ) | |
| Defendant. | ) ) | |

In response to the Motion of the Plaintiff United States of America and for good cause having been shown, it is hereby ORDERED:

1. Plaintiff is hereby authorized to serve Defendant Jeffrey P. Pomerantz by alternate means as described more fully herein in lieu of personal service;

2. Within 30 days of the date of this order, Plaintiff shall send both via regular mail service (or international mail service based upon the address) and Federal Express courier service, to Defendant Jeffrey P. Pomerantz, a copy of this Order, the Summons issued to the Defendant, and a Copy of the Complaint filed in this action to the following addresses:

   i. Jeffrey P. Pomerantz
      250 H Street, #77
      Blaine, Washington 98230

      ii.  Jeffrey P. Pomerantz
           207-1425 Marine Drive
           North Vancouver, B.C.
           CANADA  V7T 1B7

      iii.  Jeffrey P. Pomerantz
           189-1075 Marine Drive
           North Vancouver, B.C.
           CANADA  V7P 3T6

3. Within 30 days of the date of this order, Plaintiff shall send both via international mail and courier a copy of this Order, the Summons issued to Defendant in this case, and a Copy of the Complaint filed in this action to:

      i.  Hari Nesathurai
          360 Bay Street, Suite 901
          Toronto, Ontario
          CANADA  M5H 2V6

4. No later than 60 days from the date of this order, Plaintiff shall advise the Court if any packages sent to any of the above-ordered addresses have been returned without being served;

Dated this _____ day of March, 2017

                                                 _____.
                                                 UNITED STATES DISTRICT JUDGE