# EXHIBIT G

**Butler, Paul T. (TAX)**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Thursday, May 19, 2016 2:44 PM |
| **To:** | Butler, Paul T. (TAX) |
| **Subject:** | FedEx Shipment Notification |

# This shipment is scheduled to be sent on 05/19/2016.

## See "Preparing for Delivery" for helpful tips

## Tracking # 783145602210

Anticipated ship date:
**Thu, 5/19/2016**

**Paul T. Butler, Esquire**
USDOJ
Washington, DC 20001
US

**Initiated**

Scheduled delivery:
**Tue, 5/24/2016 by 8:00 pm**

**Jeffrey P. Pomerantz**
364-38109 Second Avenue
Squamish, B.C.
SQUAMISH, BC V8B0T7
CA

## Shipment Facts

| | |
|---|---|
| Tracking number: | 783145602210 |
| Service type: | FedEx International Economy |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| | Residential Delivery |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

## Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your

# EXHIBIT H

**Butler, Paul T. (TAX)**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Thursday, May 19, 2016 2:52 PM |
| **To:** | Butler, Paul T. (TAX) |
| **Subject:** | FedEx Shipment Notification |

# This shipment is scheduled to be sent on 05/19/2016.

## See "Preparing for Delivery" for helpful tips

## Tracking # 783145926763

Anticipated ship date:
**Thu, 5/19/2016**

Paul T. Butler, Esquire
USDOJ
Washington, DC 20001
US



Initiated

Scheduled delivery:
**Fri, 5/20/2016 by 4:30 pm**

Jeffrey P. Pomerantz
250 H Street, #77
BLAINE, WA 98230
US



## Shipment Facts

| | |
|---|---|
| Tracking number: | 783145926763 |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Associated return tracking number(s): | 795150085771 |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your

# EXHIBIT I

**Butler, Paul T. (TAX)**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Friday, May 20, 2016 2:42 PM |
| **To:** | Butler, Paul T. (TAX) |
| **Subject:** | FedEx Shipment 783145926763 Delivered |

# Your package has been delivered

## Tracking # 783145926763

Ship date:
**Thu, 5/19/2016**

Paul T. Butler, Esquire
USDOJ
Washington, DC 20001
US



**Delivered**

Delivery date:
**Fri, 5/20/2016 11:16 am**

Jeffrey P. Pomerantz
250 H Street, #77
BLAINE, WA 98230
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | <u>783145926763</u> |
| Status: | Delivered: 05/20/2016 11:16 AM Signed for By: J.BORCHART |
| Signed for by: | J.BORCHART |
| Delivery location: | BLAINE, WA |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Associated return tracking number(s): | 795150085771 |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:19 PM CDT on 05/20/2016.

**FedEx**  Shipping   Tracking   Manage   Learn   FedEx Office ®

My Profile   Signup   Locations   Support   Search or tracking number

Login

IMPORTANT!
**FedEx is now conducting standard daily operations in southeastern U.S.** Learn More

FedEx Tracking

## 783145926763

| Ship date: | | Actual delivery: |
|---|---|---|
| Thu 5/19/2016 | Delivered | Fri 5/20/2016 11:16 am |
| Washington, DC US | Signed for by: J.BURCHARD | BLAINE WA US |

Returns

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ▼ 5/20/2016 - Friday | | |
| 11:16 am | Delivered | BLAINE, WA |
| 9:40 am | On FedEx vehicle for delivery | BLAINE, WA |
| 8:59 am | At local FedEx facility | BELLINGHAM WA |
| 5:19 am | At destination sort facility | SEATTLE WA |
| 3:52 am | Departed FedEx location | SEATTLE WA |
| 12:15 am | Arrived at FedEx location | SEATTLE WA |
| ▼ 5/19/2016 - Thursday | | |
| 9:25 pm | Left FedEx origin facility | WHITE PLAINS |
| 7:54 pm | Picked up | WHITE PLAINS |
| 1:51 pm | Shipment information sent to FedEx | |

## Shipment Facts

| Tracking number | 783145926763 | Service | FedEx Standard Overnight |
|---|---|---|---|
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Shipping/Receiving |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Outbound reason | | Terms | Shipper |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |

**FedEx.**

Search or tracking number

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

# EXHIBIT J

**Butler, Paul T. (TAX)**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Thursday, May 26, 2016 5:36 PM |
| **To:** | Butler, Paul T. (TAX) |
| **Subject:** | FedEx Shipment 783145602210 Delivered |

# Your package has been delivered

## Tracking # 783145602210

Ship date:
**Thu, 5/19/2016**
PAUL T. BUTLER, ESQUIRE
USDOJ
WASHINGTON, DC 20001
US


**Delivered**

Delivery date:
**Thu, 5/26/2016 2:27 pm**
JEFFREY P. POMERANTZ
364-38109 SECOND AVENUE
SQUAMISH, B.C.
SQUAMISH, BC V8B0T7
CA

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 783145602210 |
| Status: | Delivered: 05/26/2016 2:27 PM Signed for By: C.BUX |
| Signed for by: | C.BUX |
| Delivery location: | SQUAMISH, BC |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Economy |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | No Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| Associated return tracking number(s): | 795150069890 |

 **FedEx**     Shipping     Tracking     Manage     Learn     FedEx Office ®

My Profile   Support   Locations   English   Search or tracking number          Login

**IMPORTANT!**
**FedEx is now conducting standard daily operations in southeastern U.S.** Learn More

FedEx ® Tracking

783145602210

| Ship date | | Actual delivery |
|---|---|---|
| Thu 5/19/2016 | | Thu 5/26/2016 2:27 pm |
| WASHINGTON, DC US | **Delivered** | SQUAMISH, BC CA |
| | Signed for by: H.Smith | |

Returns

Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ▼ 5/26/2016 – Thursday | | |
| 2:27 pm | Delivered | SQUAMISH BC |
| 10:39 am | On FedEx vehicle for delivery | SQUAMISH BC |
| 9:09 am | At local FedEx facility | SQUAMISH BC |
| | | BURNABY BC |
| 8:56 am | Delivery exception | SQUAMISH BC |
| ▼ 5/25/2016 – Wednesday | | |
| 4:46 pm | At local FedEx facility | SQUAMISH BC |
| ▼ 5/24/2016 – Tuesday | | |
| 3:21 pm | At local FedEx facility | SQUAMISH BC |
| 12:15 pm | Delivery exception | SQUAMISH BC |
| 11:19 am | On FedEx vehicle for delivery | SQUAMISH BC |
| 7:27 am | At local FedEx facility | SQUAMISH BC |
| ▼ 5/21/2016 – Saturday | | |
| 8:31 am | International shipment release - Import | RICHMOND BC |
| 6:11 am | At destination sort facility | RICHMOND BC |
| 4:05 am | Departed FedEx location | MEMPHIS TN |
| 3:46 am | In transit | MEMPHIS TN |
| 12:05 am | In transit | MEMPHIS TN |
| ▼ 5/20/2016 – Friday | | |
| 8:37 am | Arrived at FedEx location | MEMPHIS TN |
| ▼ 5/19/2016 – Thursday | | |
| 7:34 pm | Picked up | WASHINGTON DC |
| 1:41 pm | Shipment information sent to FedEx | |

Shipment Facts

| Tracking number | 783145602210 | Service | FedEx International Economy |
|---|---|---|---|
| Weight | 1 lbs / 0.45 kgs | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 1 lbs / 0.45 kgs |
| Outbound reason | | Terms | Shipper |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery, No Signature Required |

Customer Focus          Featured Services          Companies          Follow FedEx          United States - English
New Customer Center       FedEx Delivery Manager     FedEx Express
Small Business Center      FedEx SameDay             FedEx Ground
Service Guide             FedEx Home Delivery        FedEx Office

Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

FedEx Tech Connect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain

© FedEx 1995-2016

# EXHIBIT K

 

**Google**    acculype services vancouver

All    Maps    News    Images    Videos    More ▾    Search tools

About 9,460 results (0.64 seconds)

### Accutype Business Services
www.accutype.net/ ▾
Now (yes  today!) you can have a new address in Vancouver Canada  receive phone calls, mail and
courier! Why? How about increasing your financial or social ...

### Accutype Business Services - About Us - accutype.net
0329e4f.netsolhost.com/about.html ▾
Her colleague  Mimi, also caught the fever and joined Ursula in 1986 in a partnership to open a similar
Service Bureau in West Vancouver. A lot has changed ...

### Accutype Business Services - Mailbox Rental - accutype.net
0329e4f.netsolhost.com/prices.html ▾
To establish an address in Vancouver, Canada  with or without mail forwarding  you would rent a
mailbox. Below are the sizes and terms, from which you ma, ...

### Accutype Business Services - Mailbox Rental - accutype.net
0329e4f.netsolhost.com/mailbox-rental.html ▾
Mailbox Rental. How does it work? Real Easy! Your Mailbox in Vancouver becomes your Alternate
Address, just have a look at the samples below. You'll see ...

### Accutype Secretarial Services - 207-1425 Marine Dr, West Vancouver ...
www.yellowpages.ca › ... › Outdoor Accessories & Equipment › Mail Boxes Near Me ▾
Accutype Secretarial Services - West Vancouver - phone number, website & address - BC - Mail
Boxes, Word Processing  Fax Service  Secretary Services  ...

### Accutype Secretarial Services West Vancouver BC, V7T 1B9 – Manta ...
www.manta.com/ic/mf68dbz/ca/accutype-secretarial-services ▾
Get information, directions, products, services, phone numbers, and reviews on Accutype Secretarial
Services in West Vancouver, BC. Discover more Secretarial ...

### Accutype Secretarial Services (604) 926-1985, Fax Services in West ...
bigwhitelist.com › West Vancouver › Fax Services ▾
Accutype Secretarial Services  Fax Services  Address: 207-1425 Marine Dr  West Vancouver, BC
Postcode V7T 1B9.

### • Accutype Secretarial Services • West Vancouver • British Columbia •
www.tuugo.me/Companies/accutype-secretarial-services/0080003057426 ▾
Accutype Secretarial Services ›  1425 Marine Dr Suite 207, West Vancouver, British Columbia
6049261985 ›  Secretarial  Secretarial Services  Services,

### Accutype Secretarial Svc 1425 Marine Dr West Vancouver, BC ...
www.mapquest.com/canada/...vancouver/accutype-secretarial-svc-281021097    MapQuest ▾
Get directions, reviews and information for Accutype Secretarial Svc in West Vancouver, BC  ... Find
Related Places. Secretarial Services · Paging & Answering ...

### Accutype resume services & Can Colleges Tell When Students Don't ...
csdeu.net/accutype-resume-services/ ▾
Resume services's north vancouver profile, mundelein, slightly. Accutype keyboard is ergonomically
designed to make typing. The included accutype keyboard ...

Searches related to accutype services vancouver

vancouver **mailbox rental**

**virtual office** vancouver

**1425 marine drive suite 207 west** vancouver

**10911 - 82 street nw edmonton ab**

1  2  3  4  5  6  7  8  9  10    Next



## Accutype Secretarial S

Wu

Fax Service

**Address:** 1425 Marine Drive, #207, West Vancouver
Canada

**Phone:** +1 604-926-1985

Suggest an edit · Own this business?

Add missing information
Add business hours

Reviews                                          Write a re
Be the first to review

People also search for

The          The UPS      Express      The M
Network      Store        Mailbox      Room
Hub          Print Shop   Service      Ma box
Ma box Rental              Ma box Rental   Servce
Service                    Service

EXHIBIT L

**Butler, Paul T. (TAX)**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Tuesday, June 07, 2016 3:55 PM |
| **To:** | Butler, Paul T. (TAX) |
| **Subject:** | FedEx Delivery Exception |

# We were unable to complete delivery of your package

### See "Resolving Delivery Issues" for recommended actions

### See "Preparing for Delivery" for helpful tips

### Tracking # 783145268039

| | | |
|---|---|---|
| Ship date:<br>**Thu, 5/19/2016** | <br>**Delivery exception** | Scheduled delivery:<br>**Pending** |



## Shipment Facts

FedEx attempted, but was unable to complete delivery of the following shipment.

| | |
|---|---|
| **Tracking number:** | 783145268039 |
| **Status:** | Delivery exception |
| **Service type:** | FedEx International Economy |
| **Packaging type:** | FedEx Envelope |
| **Number of pieces:** | 2 |
| **Weight:** | 1.50 lb. |
| **Special handling/Services:** | No Signature Required |
| | Deliver Weekday |
| | Residential Delivery |
| **Associated return tracking number(s):** | 795150055058 |

## Resolving Delivery Issues

The reason delivery was not completed is outlined below. Where applicable, resolution recommendations are also provided.



| Exception Reason | Recommended Action |
|---|---|
| 1. Unable to deliver shipment, returned to shipper | No action is required. The package is being returned to the shipper. |

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:55 PM CDT on 06/07/2016.

To learn more about FedEx Express, please go to **fedex.com**.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above, or go to **fedex.com**.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to **fedex.com**.

Thank you for your business.

FedEx     Shipping   Tracking   Manage   Learn     FedEx Office ®     My Profile  Support  Locations  English   Search or tracking number     Login

**IMPORTANT!**
**FedEx is now conducting standard daily operations in southeastern U.S.** Learn More

FedEx   Tracking

### 783145268039

Shipped

**Thu 5/19/2016**



**Delivery exception**
BURNABY B

To

**Pending**

NORTH VANCOUVER, BC CA

> ⚠ **Unable to deliver shipment, returned to shipper**

**Recommended action:**
No action is required. The package is being returned to the shipper.

**No scheduled delivery date available at this time.**

Returns

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| ▼ 6/07/2016 - Tuesday | | |
| 12:43 pm | _(highlighted)_ 776464364760 | BURNABY BC |
| 11:00 am | At local FedEx facility | BURNABY BC |
| ▼ 6/06/2016 - Monday | | |
| 10:51 am | At local FedEx facility | BURNABY BC |
| ▼ 6/03/2016 - Friday | | |
| 10:43 am | At local FedEx facility | BURNABY BC |
| ▼ 6/02/2016 - Thursday | | |
| 9:08 am | At local FedEx facility | BURNABY BC |
| ▼ 6/01/2016 - Wednesday | | |
| 10:26 am | At local FedEx facility | BURNABY BC |
| ▼ 5/31/2016 - Tuesday | | |
| 8:03 am | At local FedEx facility | BURNABY BC |
| ▼ 5/30/2016 - Monday | | |
| 10:50 am | At local FedEx facility | BURNABY BC |
| ▼ 5/27/2016 - Friday | | |
| 10:35 am | At local FedEx facility | BURNABY BC |
| ▼ 5/26/2016 - Thursday | | |
| 10:37 am | At local FedEx facility | BURNABY BC |
| ▼ 5/25/2016 - Wednesday | | |
| 10:42 am | At local FedEx facility | BURNABY BC |
| ▼ 5/24/2016 - Tuesday | | |
| 5:36 pm | At local FedEx facility | BURNABY BC |
| 2:16 pm | Delivery exception | BURNABY BC |
| 10:26 am | On FedEx vehicle for delivery | BURNABY BC |
| 7:27 am | At local FedEx facility | BURNABY BC |
| ▼ 5/21/2016 - Saturday | | |
| 8:31 am | International shipment release - Import | RICHMOND BC |
| 6:11 am | At destination sort facility | VANCOUVER BC |
| 4:05 am | Departed FedEx location | MEMPHIS TN |
| 3:46 am | In transit | MEMPHIS TN |
| 12:07 am | In transit | MEMPHIS TN |
| ▼ 5/20/2016 - Friday | | |

| 8:37 am | Arrived at FedEx location | MEMPHIS TN |
| 5/19/2016 - Thursday | | |
| 7:34 pm | Picked up | WASHINGTON DC |
| 1:23 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 783145268039 | Service | FedEx International Economy |
| Weight | 0.5 lbs / 0.23 kgs | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Outbound reason | |
| Terms | Shipper | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery, No Signature Required | | |

FedEx.

Search or tracking number

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx Supply Chain

**Follow FedEx**

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy





EXHIBIT M

UNITED STATES TAX COURT
DOCKET ENTRIES

**Docket No.**   025058-15

INDEX

Jeffrey P. Pomerantz & Eleonore V. Pomerantz

v. COMMISSIONER OF INTERNAL REVENUE

Jeffrey P. Pomerantz
Eleonore V. Pomerantz

| Petitioner Counsel      (Total 01) | Respondent Counsel     (Total 02) |
|---|---|
| NH0108     Nesathurai, Harishanker | MJ2175     McGinty, Jennifer S. |
| C2 Global Law LLP | 300 Pearl Street |
| Suite 901 | Suite 460 |
| 360 Bay Street | Olympic Towers |
| Ontario, Canada  M5H 2V6 | Buffalo, NY  14202 |
| | |
| | RD0395     Reale, Debra Lynn |
| | 333 East River Drive |
| | Suite 200 |
| | Commerce Center One |
| | East Hartford, CT  06108 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | | SERVED | M |
|---|---|---|---|---|---|---|---|
| 0001 | 10/02/2015 | PF | PETITION FILED by Petrs. Jeffrey P. Pomerantz & Eleonore V. Pomerantz; FEE PAID | | R | 10/14/2015 | |
| 0002 | 10/02/2015 | RQT | REQUEST FOR PLACE OF TRIAL AT BUFFALO, NY by Petrs. Jeffrey P. Pomerantz & Eleonore V. Pomerantz | | R | 10/14/2015 | |
| 0003 | 11/23/2015 | M011 | MOTION FOR EXTENSION OF TIME TO FEBRUARY 12, 2016 TO FILE ANSWER by Resp. (NO OBJECTION) | GRM 11/25/2015 | P | 11/23/2015 | |
| 0004 | 11/25/2015 | GRM | GRANTED MOTION FOR EXTENSION OF TIME TO FEBRUARY 12, 2016 TO FILE ANSWER by Resp. | | B | 11/25/2015 | |
| 0005 | 02/12/2016 | A | ANSWER by Resp. | | P | 02/12/2016 | |
| 0006 | 03/07/2016 | O | ORDER CASES AT DOCKET NOS. 16976-15 AND 25058-15 ARE CONSOLIDATED. | | B | 03/07/2016 | |
| 0007 | 03/28/2016 | RTA | REPLY TO ANSWER by Petrs. Jeffrey P. Pomerantz & Eleonore V. Pomerantz | | R | 03/28/2016 | |
| 0008 | 05/17/2016 | RPT | STATUS REPORT by Resp. | | P | 05/17/2016 | |
| 0009 | 08/30/2016 | O | ORDER PARTIES BY 9/16/16 SHALL FILE A JOINT STATUS REPORT. | | B | 08/31/2016 | |
| 0010 | 09/12/2016 | RPT | STATUS REPORT by Resp. | | P | 09/12/2016 | |

# EXHIBIT N

Case 2:16-cv-00689-JLR   Document 6-2   Filed 03/03/17   Page 23 of 24

RECEIVED FEB 2 8 2013

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. March 2012)<br>Department of the Treasury<br>Internal Revenue Service | **and Declaration of Representative**<br>▶ Type or print.  ▶ See the separate instructions. | For IRS Use Only<br>Received by:<br>Name ☒☒☒☒☒<br>Telephone (916) 974-5753<br>Function ☒☒<br>Date  03 / 01 / 2013 |

**Part I**  **Power of Attorney**

**Caution:** *A separate Form 2848 should be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address<br>JEFFREY P POMERANTZ<br>189-1075 MARINE DRIVE<br>N VANCOUVER, BC, CANADA, V7P 3T6 | Taxpayer identification number(s)<br>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 | |
|---|---|---|
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2      Representative(s)** must sign and date this form on page 2, Part II.

| Name and address<br>HARI NESATHURAI<br>DEVRY SMITH FRANK LLP<br>100-95 BARBER GREENE ROAD, TORONTO, ONTARIO, M3C 3E9 | CAF No.<br>PTIN<br>Telephone No.   416-449-1400<br>Fax No.   416-449-7071 | |
|---|---|---|
| Check if to be sent notices and communications  ☑ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ | |
| Name and address | CAF No.<br>PTIN<br>Telephone No.<br>Fax No. | |
| Check if to be sent notices and communications  ☐ | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ | |
| Name and address | CAF No.<br>PTIN<br>Telephone No.<br>Fax No. | |
| | Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ | |

to represent the taxpayer before the Internal Revenue Service for the following matters:

**3      Matters**

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower,<br>Practitioner Discipline, PLR, FOIA, Civil Penalty, etc.) (see instructions for line 3) | Tax Form Number<br>(1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable)<br>(see instructions for line 3) |
|---|---|---|
| INCOME | 1040 | 2007,2008, 2009, 2010, 2011 |
| FBAR | TD F90-22.1 | 2007, 2008, 2009, 2010, 2011 |
| FOREIGN PARTNERSHIP/FOREIGN CORPORATION | 8865/8858 | 2007, 2008, 2009, 2010, 2011 |

**4      Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF,
check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . . . . . . . ▶ ☐

**5      Acts authorized.** Unless otherwise provided below, the representatives generally are authorized to receive and inspect confidential tax information and to perform any and all acts that I can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The representative(s), however, is (are) not authorized to receive or negotiate any amounts paid to the client in connection with this representation (including refunds by either electronic means or paper checks). Additionally, unless the appropriate box(es) below are checked, the representative(s) is (are) not authorized to execute a request for disclosure of tax returns or return information to a third party, substitute another representative or add additional representatives, or sign certain tax returns.

☐ Disclosure to third parties;      ☐ Substitute or add representative(s);      ☐ Signing a return;   _____

☐ Other acts authorized:   _____

_____ (see instructions for more information)

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan agent may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. A registered tax return preparer may only represent taxpayers to the extent provided in section 10.3(f) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (level k) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific deletions to the acts otherwise authorized in this power of attorney:

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.      Cat. No. 11980J      Form **2848** (Rev. 3-2012)

Form 2848 (Rev. 3-2012)                                                                    Page 2

**6**  Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here ▶ .................................................................. ☐
YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

**7**  Signature of taxpayer. If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.

| Signature | Date | Title (if applicable) |
|---|---|---|
| | 2-27-13 | |

JEFFREY P POMERANTZ

Print Name

PIN Number ☐☐☐☐☐    Print name of taxpayer from line 1 if other than individual

## Part II    Declaration of Representative

Under penalties of perjury, I declare that:

• I am not currently under suspension or disbarment from practice before the Internal Revenue Service;

• I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;

• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and

• I am one of the following:

  a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  b  Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

  c  Enrolled Agent—enrolled as an agent under the requirements of Circular 230.

  d  Officer—a bona fide officer of the taxpayer's organization.

  e  Full-Time Employee—a full-time employee of the taxpayer.

  f  Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

  g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

  h  Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.

  i  Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.

  k  Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.

  r  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE. See the instructions for Part II.

Note: For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation— Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| A | NEW YORK | 02NE5048168 | | 2-27-13 |

Form 2848 (Rev. 3-2012)