UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:16-cv-00689-JLR |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION TO STAY RULE 26(f) CONFERENCE |
| v. | |
| JEFFREY P. POMERANTZ, | NOTE ON MOTION CALENDAR: |
| Defendant. | MONDAY MAY 8, 2017 |

[~~PROPOSED~~] ORDER

Based on Defendant's Motion to Stay Rule 26(f) Conference, and for good cause shown, it is hereby ORDERED that the requirements of the Scheduling Order (Dkt. #12) are stayed until such time as the Court rules on the Defendants motion to dismiss the Plaintiff's claims.

SO ORDERED

Date May 10, 2017

_____
United States District Judge

Presented by: ~~Plaintiff~~ Defendant Jeffrey A. Pomerantz