# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY POMERANTZ,<br><br>Defendant. | CASE NO. C16-689-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court ORDERS Defendant Jeffrey Pomerantz to appear at his deposition on June 27, 2018 in Bellingham, Washington, at a time and address to be determined by counsel for Plaintiff and communicated to Defendant. The Court further ORDERS Defendant to respond to all outstanding discovery requests by no later than June 27, 2018, and to participate in the discovery process in good faith. These disputes having been resolved, Defendant's Motion for Protective Order (Dkt. No. 33) is hereby STRICKEN.

1     The clerk is ordered to provide copies of this order to all counsel.

2

3     Filed June 20, 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Paula McNabb
                                             Deputy Clerk