IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
                 Plaintiff,  ) Case No. 2:16-cv-00689-MJP
                 v.  ) **ORDER OF JUDGMENT**
JEFFREY POMERANTZ,  )
                 Defendant.  )

Pursuant to the Stipulation of the Plaintiff United States and Defendant Jeffrey Pomerantz and for good cause having been shown, IT IS HEREBY ORDERED:

1. That Defendant Jeffrey Pomerantz is liable to United States for unpaid civil penalty assessments due to his failure to timely file complete and accurate Forms TD F90-22.1, "Report of Foreign Bank and Financial Accounts", commonly known as an "FBAR", for the years 2007, 2008, and 2009;

2. That JUDGMENT is hereby entered AGAINST Defendant Jeffrey Pomerantz, and IN FAVOR OF Plaintiff, the United States of America, in the amount of $860,300.35, together with interest, penalties and administrative costs pursuant to 31 U.S.C. § 3717, and 31 C.F.R. § 901.9 from May 13, 2016 until the date that judgment is entered;

3. That interest shall accrue on the judgment amount until the liability is paid in full pursuant to 28 U.S.C. § 1961; and

4. As between the parties, each shall bear their own costs and expenses.

Dated: June 27, 2018

IT IS SO ORDERED.

_____
Marsha J. Pechman
United States District Judge